

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of E.R.C., a Minor Child

No. 06-15-00085-CV

Appeal from the 200th District Court of Travis County, Texas (Tr. Ct. No. D-1-FM-10-003078). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant pay all costs of this appeal.

RENDERED JUNE 14, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk